EMRY J. ALLEN
SBN 60414
Attorney at Law
PMB 336-5050 Laguna Blvd., Suite 112
Elk Grove, CA 95758
Telephone: (916) 691-4118

Attorney for Petitioner PUTNAM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN PUTNAM,<br><br>        Petitioner,<br><br>   v.<br><br>ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>        Respondent. | No. 2:17-cv-00832 GEB EFB<br><br>[~~PROPOSED~~] ORDER RE: APPLICATION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS |

GOOD CAUSE APPEARING, it is hereby ordered that petitioner's time for filing his opposition to respondent's motion to dismiss is extended thirty (30) days, through and including September 20, 2017.

The hearing on said motion is hereby continued to October 25, 2017.

DATED: August 23, 2017

_____
EDMUND F. BRENNAN
United States Magistrate Judge